No. 10–1551. STEWART & JASPER ORCHARDS ET AL. *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motions of National Water Resources Association et al., Center for Constitutional Jurisprudence et al., Mountain States Legal Foundation, and National Federation of Independent Business Small Business Legal Center for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 10–10900. PANTOJA *v.* FLORIDA. Sup. Ct. Fla. Motion of Florida Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 11–6601. GARRAUD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 11–6614. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.